UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES ARTHUR LEE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09-CV-865 AGF |
| KEEFE COMMISSARY NETWORK INC., OF MISSOURI, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 29th day of June, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE