UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES ARTHUR LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09-CV-865-AGF |
| ) | |
| KEEFE COMMISSARY NETWORK, ) | |
| INC., OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal [Doc. #12]. Plaintiff may not proceed in forma pauperis on appeal because he has incurred more than three strikes[1] under 28 U.S.C. § 1915(g). As a result, the Court will deny the motion and direct plaintiff to pay the appellate filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this order, plaintiff shall pay to this Court the full $455 filing and docketing fees for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk United States District Court," and to include upon it: (1) his name; (2) his prison

---

[1] Lee v. Warshaw, Case No. 1:02-CV-20873 (S.D. Fla.); Lee v. Moore, Case No. 1:02-CV-20590 (S.D. Fla.); Lee v. Moore, Case No. 3:00-CV-460 RV (N.D. Fla.); Lee v. Moore, Case No. 5:01-CV-291 MMP (N.D. Fla.); Lee v. Moore, Case No. 5:01-CV-313 (N.D. Fla.); and Lee v. Moore, Case No. 1:03-CV-15-MMP (N.D. Fla.) .

identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this <u>13th</u> Day of August, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE